IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TY HANSON,

Plaintiff,

v.

JOHANNA MILLER, LINCOLN COUNTY SOCIAL
WORKER SUPERVISOR JANE DOE,
DET. RANDY RALVA, ROGER SIR, ERIC SHEER,                    OPINION and ORDER
JOHN DOE ATTORNEY GUARDIAN AD LITEM
MACHELLE HUBBARD, P.O. JANE DOE,                               25-cv-176-jdp
ANDREW POLZIN, CHRISTOPHER ELLIS,
CIRCUIT COURT JUDGE ALLISON GALLEN-
BAYNE, CELINA WINCHELLE,
ANGELA SHELLENBERGER,
JANE DOE PROBATION AGENT,
LINCOLN COUNTY CIRCUIT COURT JUDGE
RUSSELL, and BRITTANY WOEBENKI,

Defendants.

---

TY HANSON,

Plaintiff,

v.

NICK HOEFT, TANNER WALTERS,                                  OPINION and ORDER
JAMES ZIMMERMAN, DANE SCHOENENBERGER,
ADAM DANIELSKI, SERGEANT MICHAEL TULEY,                        25-cv-646-jdp
SERGEANT REBBECCA KROHN,
SERGEANT TINKER, ROOKIE C/O WILLIAMS,
WELLPATH EMPLOYEE JOHN DOE,
MARLA REIMANN, and TANYA HAMERMAN,

Defendants.

---

Plaintiff Ty Hanson, appearing without counsel, brought Case No. 25-cv-176-jdp

against Lincoln County social services staff, members of the sheriff's office, district attorneys,

and judges for violating his rights in a variety of ways related to his family-court and criminal

proceedings. I dismissed Hanson's complaint for his failure to comply with the Federal Rules of Civil Procedure and gave him a deadline to submit an amended complaint. Dkt. 13 in the '176 case. That order was returned as undeliverable. Dkt. 14 in the '176 case. My search of the Wisconsin Department of Corrections' prisoner locator website shows that he is listed in "absconded" status.[1] Because Hanson's deadline to respond to my order has passed and he is unreachable, I will dismiss the '176 case for his failure to prosecute it.

For the same reason I will dismiss Hanson's other pending case in this court, no. 25-cv-646-jdp.

ORDER

IT IS ORDERED that:

1.  The above-captioned cases are DISMISSED for plaintiff's failure to prosecute them.

2.  The clerk of court is directed to enter judgment accordingly and close these cases.

Entered January 6, 2026.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge

---

[1] Available at https://appsdoc.wi.gov/lop/details/detail (last visited Jan. 5, 2026).