IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TY HANSON,

                    Plaintiff,

          v.

JOHANNA MILLER, LINCOLN COUNTY SOCIAL
WORKER SUPERVISOR JANE DOE,
DET. RANDY RALVA, ROGER SIR, ERIC SHEER,                    ORDER
JOHN DOE ATTORNEY GUARDIAN AD LITEM
MACHELLE HUBBARD, P.O. JANE DOE,
ANDREW POLZIN, CHRISTOPHER ELLIS,                           25-cv-176-jdp
CIRCUIT COURT JUDGE ALLISON GALLEN-
BAYNE, CELINA WINCHELLE,
ANGELA SHELLENBERGER,
JANE DOE PROBATION AGENT,
LINCOLN COUNTY CIRCUIT COURT JUDGE
RUSSELL, and BRITTANY WOEBENKI,

                    Defendants.

---

TY HANSON,

                    Plaintiff,

          v.

NICK HOEFT, TANNER WALTERS,                                 ORDER
JAMES ZIMMERMAN, DANE SCHOENENBERGER,
ADAM DANIELSKI, SERGEANT MICHAEL TULEY,
SERGEANT REBBECCA KROHN,                                    25-cv-646-jdp
SERGEANT TINKER, ROOKIE C/O WILLIAMS,
WELLPATH EMPLOYEE JOHN DOE,
MARLA REIMANN, and TANYA HAMERMAN,

                    Defendants.

---

        I dismissed both of these cases in January 2026 after my order directing plaintiff Ty

Hanson to file an amended complaint in the Case No. 25-cv-176-jdp was returned as

undeliverable, with the Wisconsin Department of Corrections' prisoner locator website showing that he was listed in "absconded" status. *See* Dkt. 13 in the '176 case.

Hanson moves to reopen both cases, stating that he never absconded; rather he was re-arrested during the pendency of his cases in this court. But regardless whether he absconded, Hanson has litigated other cases in this court so he should well be aware of his duty to keep the court apprised of his current address, and he does not explain why he waited until March 2026 to check in with the court and update his address. Because Hanson has not shown good cause to reopen his cases, I will deny his motion and these cases will remain closed.

ORDER

IT IS ORDERED that plaintiff's motion to reopen these cases, Dkt. 19 in Case No. 25-cv-176-jdp, is DENIED.

Entered April 6, 2026.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge

2